United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHARLYNN FIELDS, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:26-cv-06705 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WILLEAN JONES, | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Charlynn Fields proceeds here *pro se* and *in forma pauperis*. She brought this action against Defendant Willean Jones relating to a missing-persons report. Dkt 11. She alleges that Jones withheld information from a family member which resulted in the filing of the report. Id at 6. Fields alleges that the actions or omissions of Jones caused severe emotional suffering. Ibid.

The matter was referred for disposition to Magistrate Judge Dena H. Palermo. Dkt 4. She recommends that this case be dismissed without prejudice for lack of subject-matter jurisdiction, finding that Fields established no basis for federal-question jurisdiction, and diversity jurisdiction does not exist, given that Fields and Jones are both Texas residents. Dkt 13 at 3–5.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Report and Recommendation, the record, and the applicable law.

The Report and Recommendation of the Magistrate Judge is ADOPTED as the Report and Order of this Court. Dkt 13.

This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

A final judgment will issue separately.

SO ORDERED.

Signed on November 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge